RECEIVED
OCT 1 8 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DELTA FUEL CO. INC. | CRIMINAL NO. 1:18-0850 |
| VERSUS | |
| SCOTT TAYLOR | JUDGE DEE D. DRELL<br>MAG. JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections filed thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that, Taylor's motion to dismiss for lack of personal jurisdiction, failure to state a claim, or alternatively, motion to transfer jurisdiction (Doc. 6) is **GRANTED in part, DENIED in part, and DEFERRED in part**. Specifically, Taylor's motion to transfer is **GRANTED** and the Clerk is ordered to **TRANSFER** this matter to the United States District Court for the Western District of Texas pursuant to 28 U.S.C. 1404(a). Accordingly, Taylor's motion to dismiss for failure to state a claim pursuant to Fed.R.Civ.P. 12(b)(6) is **DEFERRED** to the United States District Court for the Western District of Texas and Taylor's motion to dismiss for lack of jurisdiction is **DENIED as MOOT**.

**SIGNED** this 17th day of October, 2018, at Alexandria, Louisiana.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT